**HLD-005** **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 12-2131

———————

IN RE:  ISHMAEL B. TAYLOR,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Civ. No. 07-cv-05211)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 17, 2012
Before:  MCKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed:  May 9, 2013)

———————

OPINION

———————

PER CURIAM

In April 2012, Ishmael B. Taylor filed this pro se mandamus petition requesting
that we order the District Court to act on his 28 U.S.C. § 2254 petition.  Taylor's § 2254
habeas petition, filed in December 2007, had been ripe for disposition since October
2008.  However, on May 25, 2012, the District Court dismissed the petition in its entirety.
Because Taylor has now received the relief he sought–District Court action on his §2254
petition–we will deny his mandamus petition as moot.